No. 84–1196. CERTAIN-TEED CORP. *v.* CONTRACTOR UTILITY SALES CO., INC. C. A. 7th Cir. Certiorari denied.

No. 84–1203. FISCHBACH & MOORE, INC. *v.* UNITED STATES;
No. 84–1218. LORD ELECTRIC CO., INC. *v.* UNITED STATES; and
No. 84–1229. ARBOGAST *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 84–1247. AZARIAN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 84–1272. CAREY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 84–5692. COVINGTON *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 84–5710. BUTLER *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 84–5719. COKER *v.* WILLIAMS, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 84–5745. LITTLE *v.* MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 84–5772. SMALL *v.* WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 84–5796. PETERSON, BY CHANCE, NEXT FRIEND *v.* CITY OF AURORA, COLORADO. Dist. Ct. Colo., Arapahoe County. Certiorari denied.

No. 84–5889. NEAL *v.* OHIO. Ct. App. Ohio, Montgomery County. Certiorari denied.

No. 84–5902. CLAY *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 84–6022. WILLIAMS *v.* PARKE, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 84–6023. SHIVERS *v.* ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.